## FINCHER v. THE STATE.

(Decided January 18, 1917.)

APPEAL from Anniston City Court.

Heard before Hon. THO. W. COLEMAN, JR.

P. F. WHARTON, for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed by appellant.

---

## FOREMAN v. THE STATE.

(Decided November 28, 1916.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## FOSHEE v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Bullock Circuit Court.

Heard before Hon. J. S. WILLIAMS.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## FRANKLIN v. WRIGHT.

(Decided October 19, 1916.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for either party.

Per curiam. Appeal withdrawn.